UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(The Honorable Gonzalo P. Curiel)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>v.<br><br>JULIO HERNANDEZ,<br>　　　Defendant. | CASE NO. 3:15-cr-00712-GPC<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION AND TRIAL SETTING HEARING** |

Based upon the joint motion and supporting documents, and GOOD CAUSE APPEARING, it is hereby ordered that the motion and trial setting hearing, currently set for March 11, 2016 at 2:30 p.m., shall be reset to **April 22, 2016 at 10:30 a.m.** That period of time shall be excluded for the purposes of calculating time pursuant to 18 U.S.C. § 3161(h)(7)(A) (ends of justice).

Dated: March 10, 2016

　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　United States District Judge